OPINION — AG — A MUNICIPALITY IN THE STATE OF OKLAHOMA IS EMPOWERED TO "ATTEMPT" TO DISQUALIFY PAYMENTS MADE PURSUANT TO A MUNICIPAL SICK LEAVE PLAN FROM BEING CONSIDERED IN THE CALCULATION OF THE WAGE FOR F.I.C.A. PURPOSES SO LONG AS SUCH PLAN IS APPROVED PURSUANT TO 51 O.S. 1971 121 [51-121] CITE: 11 O.S. 1978 Supp., 9-108 [11-9-108], 11 O.S. 1978 Supp., 10-106 [11-10-106], 11 O.S. 1978 Supp., 12-106 [11-12-106], 11 O.S. 1978 Supp., 11-108 [11-11-108] 51 O.S. 1971 122 [51-122](F) (JEFFERY L. WEEKS)